FILED
2022 Mar-30  PM 02:48
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **TASHA COOLEY,** *individually and on behalf of all others similarly situated,* | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Case No.: 2:21-cv-802-AMM** |
| **v.** | ) ) | |
| **KDVH ENTERPRISES, LLC D/B/A BENTON NISSAN OF HOOVER,** | ) ) ) ) | |
| **Defendant.** | ) | |

## ORDER ON DEFENDANT'S MOTION TO DISMISS AND TO COMPEL ARBITRATION

This case is before the court on Defendant KDVH Enterprises, LLC d/b/a Benton Nissan's ("Benton") Motion to Dismiss and to Compel Arbitration. Doc. 9. For the reasons explained in the Memorandum Opinion entered contemporaneously herewith, the motion is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**. Costs are taxed as paid.

**DONE** and **ORDERED** this 30th day of March, 2022.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE